# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| KAY WILLIAMS, : | |
| : | |
| Petitioner, : | |
| : | |
| vs. : | 5:06-CV-153 (CAR) |
| : | |
| GUY HICKMAN, Warden, : | |
| : | |
| Respondent. : | |

# ORDER

Before the Court is the United States Magistrate Judge's Recommendation [Tab17] to grant Respondent's Motion to Dismiss [Tab 10] the instant federal habeas corpus petition as untimely under the Anti-Terrorism and Effective Death Penalty Act (AEDPA), 28 U.S.C. § 2244(d) because the petition was not filed within the one-year "grace period" afforded state and federal prisoners whose convictions were final on April 24, 1996. Petitioner has filed an Objection to the Recommendation [Doc. 19]. This Court, having reviewed the matter de novo, agrees with the Recommendation of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 23rd day of March, 2007.

/s/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

EHE/ssh